UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | ) Case No.:   2:16-CV-02231-WHO |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MARIE F. RAYMUS, in her individual and representative capacity as trustee of the A & M Raymus 2004 Revocable Trust; CHARLENE MARIE PARRA; and Does 1-10, | ) |
| Defendants. | ) |

### **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. The Court sets a Status Conference/OSC for May 30, 2017 at 3 pm at which the parties, by and through their attorneys of record shall show cause why this case is not dismissed. If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance shall be required.

**IT IS SO ORDERED.**

Dated: March 29, 2017

HONORABLE WILLIAM H. ORRICK
United States District Court Judge